# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin L. Perkins,<br><br>               Plaintiff,<br><br>v.<br><br>Fifth Third Bank,<br><br>               Defendant. | No. CV-14-02562-TUC-JGZ<br><br>**ORDER** |

      Upon review of the parties' Stipulation for Dismissal (Doc. 20) and good cause appearing,

      IT IS ORDERED THAT the Stipulation (Doc. 20) is GRANTED.  This matter is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.  The Clerk of the Court shall close the file in this matter.

      Dated this 10th day of April, 2015.

*Jennifer Zipps*
Jennifer G. Zipps
United States District Judge